AO 442 (Rev. 3/99) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

Edwin Gonzalez, a.k.a. "Chino"

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 3:05cr53(JCH)

YOU ARE HEREBY COMMANDED to arrest Edwin Gonzalez, a.k.a. "Chino"

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense):

Conspiracy to Possess with Intent to Distribute and Distribution of 5 kilograms or more of Cocaine, a Schedule II Controlled Substance

in violation of 21 Title United States Code, Section(s) 846

Kevin F. Rowe
Name of Issuing Officer

By _____ Deputy Clerk
Signature of Issuing Officer

Clerk
Title of Issuing Officer

3/9/05 Bridgeport
Date and location

**Note: Prior to your court appearance, please contact the probation office in Bridgeport at 203-579-5707.**

Bail Fixed at $ _____

Hon. Holly B. Fitzsimmons
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at: _____

Bridgeport, CT

| 3/14/05 | Michael Syrax S.A. | A TRUE COPY |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | DATE _____ |
| 3/15/05 | by Dan PA C.A. | BY _____ |
| DATE OF ARREST | SIGNATURE OF ARRESTING OFFICER | Deputy Clerk |

FILED 2005 MAR 29 P 3:15 U.S. DISTRICT COURT NEW HAVEN, CT