UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 26 A 11: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:05 CR 53 (AHN) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| EDWIN GONZALEZ | : | APRIL 18, 2005 |
| DEFENDANT | | |

**MOTION OF DEFENDANT FOR DISCLOSURE
OF PROMISES, ETC. TO GOVERNMENT WITNESSES**

Now comes Defendant, by and through counsel, and moves the Court for an Order requiring the Government to disclose to him whether any person or persons the Government intends to call as a witness were promised any reward or other inducement in exchange for obtaining their testimony.

**MEMORANDUM**

Counsel respectfully represents that in the preparing for trial of the instant case, it is necessary to determine whether any person or persons the Government intends to call at trial were promised any reward or other inducement in exchange for obtaining their testimony. Further, counsel respectfully represents that the information sought is material to the question of whether or not the testimony is to be believed by the trier of fact.

RESPECTFULLY SUBMITTED,
DEFENDANT

BY: _____
MICHAEL L. MOSCOWITZ
LAW OFFICE OF MICHAEL L. MOSCOWITZ, LLC
HIS ATTORNEYS
JURIS NO. 415498
7 ELM STREET
NEW HAVEN, CT 06510
(203) 777-7602
(203) 777-7606 fax
FEDERAL BAR NO. CT07317

**His Attorneys**

## CERTIFICATION

THIS IS TO CERTIFY that copies of the foregoing motion was mailed postage prepaid on this 18th day of April 2005, to the following named parties and counsel:

Kevin J. O'Connor, Esq.
Alex Hernandez, Esq.
Office of the U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

Jonathan Einhorn, Esq.
412 Orange Street
New Haven, CT 06103

Jason P. Gladstone, Esq.
1804 Post Road East
Westport, CT 06880

Norman Pattis, Esq.
649 Amity Rd.
PO Box 280
Bethany, CT 06524

John Walkley, Esq.
450 Monroe Turnpike
Monroe, CT 06488

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Frank J. Riccio, Esq.
923 East Main Street
PO Box 491
Bridgeport, CT 06608

Dan E. LaBelle, Esq.
Halloran & Sage, LLP
315 Post Road West Haven, CT 06516
Westport, CT 06880

Peter Schaffer, Esq.
1127 High Ridge Rd #330
Stamford, CT 06905-1230

J. Bruce Maffeo, Esq.
233 Broadway
Suite # 2701
New York, NY 10279

Paoletti & Gusmano
3301 Main Street
Bridgeport, CT 06606

Deidre Murry, Esq.
United States Public Defender
2 Whitney Avenue
New Haven, CT 06510

Lawrence Hopkin, Esq.
83 Orange Street
New Haven, CT 06510

Francis P. O'Reilly, Esq.
O'Reilly & Shaw
87 Ruane Street
Fairfield, CT 06824

Vincent Noce, Esq.
3354 Main Street
Bridgeport, CT 06606

George W. Ganim, Esq.
4666 Main Street
Bridgeport, CT 06606

Thomas Belsky, Esq.
United States Public Defender
2 Whitney Avenue
Suite # 300
New Haven, CT 06510

Audrey A. Felsen, Esq.
1200 Summer Street
Suite # 201 B
Stamford, CT 06905

Peter L. Truebner, Esq.
100 Prospect Street
Stamford, CT 06901

_____
Michael L. Moscowitz
Law Office of Michael L. Moscowitz, LLC