UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| - v- : | |
| : | |
| VICTOR MARRERO, a.k.a. "Slick Vic"; : | Criminal Number:3:05cr53(AHN) |
| JUAN MARRERO, a.k.a. "Johnny"; : | |
| ANTHONY ERODICI; : | |
| LEILANI "Vicky" MARRERO; : | |
| et al. : | October 21, 2005 |

**UNITED STATES OF AMERICA'S NOTICE OF
DISMISSAL OF FORFEITURE ALLEGATION WITH RESPECT TO
17 GREEN ACRES LANE, TRUMBULL, CONNECTICUT**

The United States of America ("United States"), by and through its attorney, the United States Attorney for the District of Connecticut, hereby notifies the Court and the parties that it is dismissing from the forfeiture allegation of the indictment in the above case, the forfeiture of the real property located at 17 Green Acres Lane, Trumbull, Connecticut, more fully described in the attachment to the indictment (the "Property"). Although the facts still furnish a legal basis to forfeit the Property, the United States has determined that there would be little or no forfeitable equity remaining from a sale of the Property after the payment of outstanding liens, sales commissions, and administrative costs, and therefore that pursuing this particular forfeiture is no longer economically feasible.[1]

---

[1] In the event of a change in the available equity, the United States would have the option to reinstate this particular forfeiture at any time prior to an adjudication of the guilt of the listed owner, defendant Victor Marrero. See United States v. Grammatikos, 633 F.2d 1013, 1023-1025 (2d Cir. 1980) (specific items of property subject to an indictment's forfeiture allegation may be listed either in the text of the indictment, or in a bill of particulars that can be issued subsequent to indictment).

Accordingly, the United States further notifies the parties that: (1) the United States is filing a notice of release of <u>lis</u> <u>pendens</u> on the Trumbull, Connecticut land records with respect to the Property; (2) the United States is filing a disclaimer of interest in the Property in the pending state court foreclosure action, Fairfield Judicial District docket no. FBT-CV-03-0405751-S, which pleading will state that the United States has no objection to the foreclosure sale of the Property; and (3) upon the filing of the United States's disclaimer in the state foreclosure proceeding, the United States Marshals will terminate their custody and maintenance of the Property, and will make the key to the Property available to the state foreclosure Committee attorney, Daniel Glass, Esq.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

---

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct24829
157 Church Street, 23d Floor
New Haven, CT 06510
(203) 821-3700

ALINA REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct14968
915 Lafayette Boulevard
Bridgeport, CT 06604
(203) 696-3000

FELICE DUFFY
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct21379
915 Lafayette Boulevard
Bridgeport, CT 06604
(203) 696-3000

## CERTIFICATE OF SERVICE

I HEREBY certify that I caused a copy of the foregoing Notice to be sent by first-class mail, this 21st day of October, 2005, to:

Frederick D. Paoletti, Jr., Esq.
3301 Main Street
Bridgeport, CT 06606

George W. Ganim, Esq.
4666 Main Street
Bridgeport, CT 06606

J. Bruce Maffeo, Esq.
233 Broadway, Suite 2701
New York, NY 10279

Dan E. Labelle, Esq.
315 Post Road West
Westport, CT 06880

Frank J. Riccio, Esq.
923 East Main Street
P.O. Box 491
Bridgeport, CT 06608-1914

Peter Schaffer, Esq.
1127 High Ridge Road #330
Stamford, CT 06905-1203

Jonthan Einhorn, Esq.
412 Orange Street
New Haven, CT 06103

Thomas Belsky, Esq.
US Public Defender
2 Whitney Avenue
Suite 300
New Haven, CT 06510

Robert Gulash, Esq.
350 Fairfield Avenue
Bridgeport, CT 06601

Robert Golger, Esq.
One Post Road
P.O. Box 320019
Fairfield, CT 06825-0019

Thomas F. Minogue, Esq.
237 Elm Street
New Canaan, CT 06840

Vincent Noce, Jr., Esq.
3354 Main Street
Bridgeport, CT 06606

Todd Bussert, Esq.
103 Whitney Avenue
Suite 4
New Haven, CT 06510-1229

Michael Moscowitz, Esq.
7 Elm Street
New Haven, CT 06511

Eillott Warren, Esq.
1555 Post Road East
Westport, CT 06880

Michael O. Sheehan
Sheehan & Reeve
105 Court Street
New Haven, CT. 06511-6957

_____
Assistant United States Attorney